UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KENNETH HUGHES,

              Petitioner,

       v.

MARION SPEARMAN, WARDEN,

            Respondent.

Case No. CV 13-1964 DDP (AJW)

ORDER ACCEPTING REPORT AND
RECOMMENDATION OF
MAGISTRATE JUDGE

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation, petitioner's objections to the Report and respondent's response to petitioner's objections to the Report. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED:  March 12, 2014

_____

Dean D. Pregerson
United States District Judge