UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNETH HUGHES,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MARION SPEARMAN, Warden,<br><br>　　　　Respondent. | No. CV 13-1964-DDP(AJW)<br><br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated:  March 12, 2014

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　United States District Judge